IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JESSICA THOMAS, as personal representative
of the Estate of JANETTE SMITH,

           Plaintiff,

v.

FRED MEYER JEWELRY, et al.,

           Defendants.

Civil No. 02-3090-CO

O R D E R

      Magistrate Judge Cooney filed his Findings and Recommendation on June 23, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Cooney's Findings and Recommendation.

      Dated this  14  day of July, 2005.

                                              /s/ Ann Aiken
                                  Ann Aiken, United States District Judge